# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:16CR28 |
| vs. | |
| ADAM SKUPA, | JUDGMENT |
| Defendant. | |

IT IS ORDERED:

1. The Court has completed initial review of the Defendant's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody ("§ 2255 Motion");

2. The Defendant's § 2255 Motion, ECF No. 42, is summarily denied;

3. The Clerk will mail a copy of this Judgment to the Defendant at his last known address.

Dated this 10th day of March, 2017.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge